827 P.2d 1129

STATE of Arizona, ex rel., Roderick G. McDOUGALL

v.

Hon. Marilyn A. RIDDEL, Sup Ct Mar Co et al.

No. CV–91–0459–PR.

Supreme Court of Arizona.

March 3, 1992.

ORDERED: State's Motion to Strike = DENIED.

FURTHER ORDERED: State's Motion for Extension of Time to File Response to Petition for Review = DENIED.

FURTHER ORDERED: Request to File Amicus Brief = GRANTED.

FURTHER ORDERED: Petition for Review = DENIED on merits.